UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONNA HEDGES,

                  Plaintiff,

-v-

VICTORYBUY INC.,

                  Defendant.

22-CV-1002 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED with prejudice with the right to restore the action to the Court's calendar, provided the application to restore the action is made within forty-five days.

All filing deadlines and conference dates are adjourned *sine die*.

SO ORDERED.

Dated: April 19, 2022
      New York, New York

                                         J. PAUL OETKEN
                                       United States District Judge